```
                UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF MICHIGAN
                  SOUTHERN DIVISION - DETROIT
```

IN RE: ROGER A MESLER and HILLARY J MESLER          CASE No.
       340 CLEVELAND
       TRENTON MI                                   04-52678-S
                         48183-0000    Judge: PHILLIP J SHEFFERLY

              CHAPTER 13 FINAL REPORT AND ACCOUNT
                    DISCHARGED/PAID IN FULL

                                          SS#1 - XXX-XX-3616
                                          SS#2 - XXX-XX-4420

This Case was           The Plan was            The Case was
commenced on 04/30/2004 confirmed on 07/28/2004 concluded on 09/08/2005

    Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements,
and are incorporated by reference in this report.


RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of
          creditors.                                              $ 40622.76

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP<br>340 CLEVELAND/AMPOC | CURR MTG | .00 | 14297.85 | .00 | .00 |
| ABN AMRO MORTGAGE GROUP<br>340 CLEVELAND/AMPOC | ARREARAGE | 6225.78 | 6225.78 | .00 | .00 |
| CITY OF TRENTON<br>340 CLEVELAND/TFC | PROP TAX | 2624.29 | 841.68 | 209.93 | .00 |
| ECAST SETTLEMENT CORP<br>HFC III | UNSECURED | 6206.95 | 6206.95 | 384.86 | .00 |
| ECAST SETTLEMENT CORPORATION<br>HOUSEHOLD BK | UNSECURED | 4770.39 | 4770.39 | 323.61 | .00 |
| SCHEDULED UNSECURED CREDITOR<br>ALLIANCE ONE | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR<br>CAPITAL ONE SERV | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR<br>MBNA AMERICA | NOT FILED | .00 | .00 | .00 | .00 |
| TROTT & TROTT<br>ABN AMRO MTG | NOT FILED | .00 | .00 | .00 | .00 |
| WAYNE COUNTY TREAS/R WOJTOWICZ<br>01-02/SCH PRIORITY | PROP TAX | 2807.99 | 1722.95 | 200.53 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE

```
CASE NO. 04-52678-S          ROGER A MESLER and HILLARY J MESLER
-----------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS    CLASS      AMOUNT    AMOUNT PAID    BALANCE
         CREDITOR'S NAME                 ALLOWED   PRINCIPAL INTEREST  DUE
-----------------------------------------------------------------------------
WELLS FARGO FINANCIAL MI, INC UNSECURED  800.78    800.78     49.64   .00
    WELLS FARGO
ROGER A MESLER                REFUND     2875.66   2875.66
```

SUMMARY OF CLAIMS ALLOWED AND PAID

```
          SECURED   PRIORITY   GENERAL    LATE    SPECIAL    TOTAL
                                                                   ----TOTAL PAID
AMT. ALLOW 25955.91    .00    11778.12           2875.66   40609.69PRINCIPAL
PRIN. PAID 23088.26    .00    11778.12           2875.66   37742.04AND INT.
INT. PAID    410.46    .00      758.11                      1168.57  38910.61
```

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
    DEBTOR'S ATTORNEY                    FEE ALLOWED    FEE PAID
GREGORY T OSMENT                              500.00         500.00

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

```
   FILING FEE          TRUSTEE              OTHER
   & DEPOSIT     EXP. & COMPENSATION        COST
                       FUND
   ----------   -------------------       --------
      .00             1212.15                .00            1212.15
```

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Krispen S. Carroll as Trustee and releasing Krispen S. Carroll and her surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 11/30/05

                          KRISPEN S. CARROLL, TRUSTEE

-----------------------------------------------------------------------------
              C E R T I F I C A T E   O F   S E R V I C E
-----------------------------------------------------------------------------
    I hereby certify that on the date indicated below, a copy of this document was mailed to the Debtor, the Debtor's attorney, and the United States Trustee by First Class mail.

DATED: 11·30·05